IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Joseph Huffer, individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Mercer Belanger, an Indiana Law firm,<br>    Defendant. | No.  1:17-cv-00258-MJD-SEB |

**JOINT MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiff, Joseph Huffer, and Defendant, Mercer Belanger ("Mercer") (the "Defendant"), submit this Joint Motion, pursuant to Fed. R. Civ. P. 23, for certification of a settlement class and preliminary approval of the Class Action Settlement Agreement. In support of this motion, the parties state:

1. A Class Action Settlement Agreement, dated June 20, 2017, and attached as Exhibit 1, has been entered into by the parties.

2. The proposed Class Notice is attached as Exhibit 2.

3. The proposed Order Granting Preliminary Approval to the Class Action Settlement Agreement is attached.

4. The parties represent to the Court:

    A. That the proposed settlement was reached through arms-length negotiations between Plaintiff's Counsel and Defendant's Counsel;

    B. That the parties believe the proposed settlement is fair, reasonable and adequate to the members of the Class in light of the alleged violation by Defendant of the FDCPA; and,

      C.      That the Settlement Agreement represents the compromise of disputed claims, that it in no way constitutes an admission of liability by Defendant with respect to any of the material allegations in the Complaint, and that Defendant specifically denies that its actions constitute a violation of the FDCPA to any extent whatsoever.

5.      Plaintiff's Counsel represents to this Court that they are able, experienced and well-qualified to evaluate the fairness of the proposed settlement on behalf of the members of the Class and that Counsel are in favor of this Motion. The Declaration of one of Plaintiff's counsel, David J. Philipps, setting forth his experience and qualification is attached as Exhibit 3.

6.      Defendant agrees to the certification, pursuant to Fed.R.Civ.P. 23(b)(3), of a settlement class consisting of all persons in the State of Indiana, from whom Defendant Mercer, attempted to collect a delinquent consumer debt that was allegedly owed for a home loan, via the same form collection letter that Defendant sent to Plaintiff (Complaint Exhibit B), from January 26, 2016 to the present. (the "Class").

7.      Defendant also agrees to the appointment of Joseph Huffer as representative of the Class and the appointment of his attorneys, David J. Philipps, Mary E. Philipps and Angie K. Robertson of Philipps & Philipps, Ltd., as Class Counsel.

WHEREFORE, the parties request that this Court certify the settlement Class requested herein, grant preliminary approval to the Class Action Settlement Agreement and enter the attached order.

Dated: July 10, 2017

Plaintiff's Counsel,

/s/ David J. Philipps

David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

Defendant's Counsel,

/s/ Briane M. House
Briane M. House     (Ind. Bar No. 8287-30)
Skiles DeTrude
150 East Market Street
Suite 200
Indianapolis, Indiana 46204
(317) 321-2407
bhouse@skilesdetrude.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 10, 2017, a copy of the foregoing **Joint Motion For Preliminary Approval Of Class Action Settlement Agreement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Briane M. House         bhouse@skilesdetrude.com
Skiles DeTrude
150 East Market Street
Suite 200
Indianapolis, Indiana 46204


/s/David J. Philipps
David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com