# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Joseph Huffer, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  1:17-cv-00258-MJD-SEB |
| Mercer Belanger, an Indiana Law Firm, | ) ) | |
| Defendant. | ) | |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Class Counsel hereby submits this motion, pursuant to F.R.C.P. Rules 23(h) and 54(d)(2), for final approval of the class action settlement in this matter.  In support of this motion, Class Counsel states:

1. The initial Class Action Complaint in this matter was filed on January 26, 2017.  (Dkt. 1)

2. The parties entered into a Class Action Settlement Agreement ("Settlement Agreement"), dated June 20, 2017.  (Dkt. 29-1)

3. On July 17, 2017, that Settlement Agreement was, pursuant to F.R.C.P. 23, preliminarily approved by this Court and a Class was certified in this matter.  (Dkt. 30).

4. On July 28, 2017, the class notice was mailed to approximately 800 Class Members (Dkt. 32) via First Class U.S. Mail, postage pre-paid.  Included with each notice was a self-addressed, postage pre-paid return envelope.  The result of the mailing is as follows: 110 notices were returned by the United States Postal Service as undeliverable with no forwarding information; 29 were returned with a forwarding address and re-mailed; 124 members of the class returned the claim forms.  No

objections were received, no members of the Class sought leave of this Court to intervene, and 4 class members opted-out of this action (Kristopher L. and Valery A. Hornberger, Carol N. Bernard, Edward Gaeta and Ashfaq Hussain) (Dkt. 33).  In Class Counsel's experience, the claim rate for similar cases is about 10%, and the 15.5% claim rate here is a very good result.

5. The Settlement Agreement sets forth that Defendant Mercer changed the form of the collection letter at issue.  (Dkt. 29-1 at ¶ 8(a)).  Moreover, Defendant Mercer agreed to pay $1,000 to the Class Representative, Joseph Huffer.  Defendant Mercer is to pay $5,000 to the Class, which will be divided up among each of the Class Members, who returned the claim form (about $40 each); any unclaimed funds will be paid to Indiana Legal Services, Inc., as a cy pres remedy.   (Dkt. 29-1 at ¶ 8(c)).

6. The settlement negotiations were conducted at arms-length and in good faith among all counsel, and the terms of the Settlement Agreement are fair, reasonable and adequate to Plaintiff and all members of the Class.

7. Additionally, Defendant Mercer has also agreed to pay Class Counsel $22,500 for the attorneys' fees and costs and $2,500 for class notice/administration incurred in this matter.  Class Counsel has submitted a motion to award them fees and costs, which details their hourly rates, as well as the hours worked and costs incurred in this matter, which show that these fees and costs exceed the amount to be paid.  (Dkt. 34 at ¶ 8(e)).

8. As detailed in Class Counsel's Declaration, attached to Class Counsel's Motion to Award Attorneys' Fees and Costs, Class Counsel has been appointed class counsel in more than 200 FDCPA classes over the past 26 years (Dkt. 29-3 at ¶ 11),

and believes that the settlement in this matter is fair and adequate for the Plaintiff and all members of the Class.

9. Accordingly, Class Counsel requests that this Court grant final approval of the Class Action Settlement which has obtained $1,000 for the class representative and $5,000 in cash for the class.

WHEREFORE, Class Counsel hereby requests that this Court grant final approval of the Class Action Settlement in this matter via entry of the attached Order, which Order also resolves the motion regarding attorneys' fees and costs.

Respectfully submitted,

By:/s/ David J. Philipps
Class Counsel

Dated: September 26, 2017

David J. Philipps        (Ill. Bar No. 06196285)
Mary E. Philipps         (Ill. Bar No. 06197113)
Angie K. Robertson       (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2017, a copy of the foregoing **Motion for Final Approval of Class Action Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Briane M. House                            bhouse@skilesdetrude.com
Skiles DeTrude
150 East Market Street
Suite 200
Indianapolis, Indiana 46204

/s/David J. Philipps
David J. Philipps     (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

4